IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02072-PAB

JOHN M. HENTGES,

    Plaintiff,

v.

GIRL SCOUTS OF THE U.S.A.,
KATE GENAITIS, Individually and in her Official Capacity as Consultant to the State Counsels,
GIRL SCOUTS OF COLORADO,
VIRGINIA L.. MASON, Individually and in her Official Capacity as President and CEO,
ANGELA LANGHUS-GANTT, Individually and in her Official Capacity as Membership Executive,
JULIANA RIED, Individually and as a Private Citizen Acting Under Color of State Law,
LIA CHRISTIANS, Individually and as a Private Citizen Acting Under Color of State Law,
DENVER POLICE DEPARTMENT,
TONY DALVIT, Individually and in his Official Capacity as Police Officer,
RICHARD SEELEY, Individually and in his Official Capacity as Police Sergeant,
DENVER CITY ATTORNEY,
MELISSA DRAZEN-SMITH, Individually and in her Official Capacity as Assistant Director,
CAROL A. WALTER, Individually and as a Private Citizen Acting Under Color of State Law, and
E. GAY NIERMANN, Individually and in her Official Capacity as Attorney and Child and Family
    Investigator,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Brimmer, Judge

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado, this  20th  day of  September , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court